COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Christopher Charles King v. The State of Texas

Appellate case number:   01-12-01137-CR

Trial court case number:  64792

Trial court:                   149th District Court of Brazoria County

Date motion filed:          January 29, 2014

Party filing motion:       Appellant


It is ordered that the appellant's motion for rehearing is **denied**.


Judge's signature: /s/ Rebeca Huddle
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle


Date:  February 11, 2014